| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAC TRIEU DOAN, | ) | |
| Plaintiff, | ) | No. C 08-5358 JW |
| v. | ) | **STIPULATION TO DISMISS; AND** |
| | ) | **[~~PROPOSED~~] ORDER** |
| MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security;<br>MICHAEL B. MUKASEY, U.S. Attorney<br>General the United States; JONATHAN<br>SCHARFEN, Acting Director, U.S. Citizenship<br>and Immigration Services; ALFONSO<br>AGUILAR, Chief, Office of Citizenship, U.S.<br>Citizenship and Immigration Services; CAROL<br>KELLER, Field Office Director, San Jose Field<br>Office, U.S. Citizenship and Immigration<br>Services; and ROBERT S. MUELLER III,<br>Director Federal Bureau of Investigation; | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action. See 8 U.S.C. § 1447(b).

Stipulation to Dismiss
C 08-5358 JW                                                    1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: March 18, 2009    Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4 |
5 | /s/
_____
ILA C. DEISS[1]
6 | Assistant United States Attorney
Attorneys for Defendants

7 |
8 |
9 | Date: March 18, 2009    /s/
_____
ROCKY TSAI
10 | Attorney for Plaintiff

11 |
12 | **ORDER**

13 | Pursuant to stipulation, IT IS SO ORDERED.

14 | The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

15 |
16 | Date: March 23, 2009

JAMES WARE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 08-5358 JW                    2